UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETRONI,

                            Plaintiff,

- *against* -

BLUSTEIN SHAPIRO RICH &
BARONE LLP, ET AL.,

                            Defendants.

**MEMORANDUM AND ORDER**

19 Civ. 3823 (NSR)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

    The Court has again reviewed *in camera* the documents identified in defense counsel's letter dated August 10, 2020. [Dkt. 25.] On the basis of that review, the Court's August 7, 2020 Order [Dkt. 23] is modified as follows:

    1. Defendants shall produce the following documents: 12, 15, 20, and 21.

    2. Defendants may withhold as privileged the following documents: 14, 27, and 46.

Defendants shall otherwise comply with the August 7, 2020 Order.

Dated: August 12, 2020
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.